AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Patricia S. Kimmel, as Administrator of the Estate of Steven Michael Kimmel <br><br> *Plaintiff(s)* <br> v. <br> USAA Casualty Insurance Company, GEICO Advantage Insurance Company, and Nationwide Mutual Fire Insurance Co. <br><br> *Defendant(s)* | Civil Action No. 3:20-cv-00042-DJN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nationwide Mutual Fire Insurance Co.
c/o Regestered Agent Corporation Service Company
100 Schokoe Slip Floor 2
Richmond, VA 23219-4100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Janney Rasmussen
Insurance Recovery Law Group, PLC
PO Box 38518
Richmond, VA 23231

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Fernando Galindo,*
*CLERK OF COURT*

Date: January 24, 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-00042-DJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nationwide Mutual Fire Insurance Co.
was received by me on *(date)* January 27th 2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rene Nordquist, who is designated by law to accept service of process on behalf of *(name of organization)* Nationwide Mutual Fire Insurance Co. on *(date)* January 27th 2020

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1-27-2020

_____
Server's signature

Chad T. Rathbone Process Server
Printed name and title

1011 E. Main St. LL55 Richmond VA
Server's address

Additional information regarding attempted service, etc:

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   Beverley L. Crump         Rene Nordquist
   Linda B. Liles            Dustin Kline
   Donna Creekmore

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 13 day of January 2020.

CORPORATION SERVICE COMPANY

By: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 13 day of January 2020, by George A. Massih III.

_____
Notary Public

My Commission Expires: 6-16-2020